UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MICHAEL HUGHES,<br><br>        PLAINTIFF<br><br>v.<br><br>SANTANDER CONSUMER USA INC<br>d/b/a CHRYSLER CAPITAL<br><br>        DEFENDANT. | CASE NO. 3:16-CV-554-DJH |

## NOTICE OF SETTLEMENT

Plaintiff, Michael Hughes, and Defendant, Santander Consumer USA Inc. d/b/a Chrysler Capital, hereby jointly give notice to the Court that the parties have settled this matter. The parties intend to file a Stipulation of Dismissal With Prejudice dismissing the claims against Santander Consumer USA Inc. d/b/a Chrysler Capital upon the execution of a mutually agreeable settlement agreement within the next 45 days.

Reviewed and agreed to:

s/ *Aaron Bentley (by JSM w/permission)*
James Craig
Aaron J. Bentley
Craig Henry PLC
239 S. Fifth Street, Suite 1400
Louisville, Kentucky 40202
Tel:  (502) 614-5962
Email:  jcraig@craighenrylaw.com
            abentley@craighenrylaw.com

*Counsel for Plaintiff*

Prepared by and agreed to:

s/ *Jeffrey S. Moad*
Christy A. Ames
Jeffrey S. Moad
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Tel:  (502) 587-3400
Email:  cames@stites.com
            jmoad@stites.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon all counsel of record through CM/ECF on November 2, 2016:

                                                                                           /s/ Jeffrey S. Moad
                                                                                  *Counsel for Defendant*